**Jeffrey M. Edelson**, OSB #880407
JeffEdelson@markowitzherbold.com
MARKOWITZ HERBOLD PC
1211 SW Fifth Avenue, Suite 3000
Portland, OR  97204-3730
Ph:     (503) 295-3085
Fax:    (503) 323-9105

**Susan C. Stone** (admitted *pro hac vice*)
scs@kjk.com
**Kristina W. Supler** (admitted *pro hac vice*)
kws@kjk.com
KOHRMAN JACKSON & KRANTZ, LLP
1375 East Ninth Street, 29th Floor
Cleveland, OH  44114
Ph:     (216) 696-8700

Attorneys for Plaintiff John Doe

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **JOHN DOE,**<br><br>                              Plaintiff,<br><br>vs.<br><br>**REED COLLEGE,**<br><br>                              Defendant. | Case No. 3:19-CV-00130-SI<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff John Doe hereby voluntarily dismisses this cause of action in its entirety without prejudice.

DATED this 8th day of February, 2019.

        MARKOWITZ HERBOLD PC

        By:   *s/ Jeffrey M. Edelson*
              Jeffrey M. Edelson, OSB #880407
              (503) 295-3085
              Of Attorneys for Plaintiff

        KOHRMAN JACKSON & KRANTZ, LLP

        By:   *s/ Susan C. Stone*
              Susan C. Stone *Admitted Pro Hac Vic*
              Kristina W. Supler *Admitted Pro Hac Vic*
              (216) 696-8700
              Of Attorneys for Plaintiff

834360